1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| Federal Trade Commission, | No. CV-12-02246-PHX-FJM |
|---|---|
| Plaintiff, | **STIPULATED ORDER EXPANDING RECEIVERSHIP OVER DEFENDANTS 3POINT14 CONSULTANTS, LLC, and KEY TECH SOFTWARE SOLUTIONS, LLC** |
| vs. | |
| ELH Consulting, LLC, *et al*., | |
| Defendants. | |

15   Plaintiff Federal Trade Commission; Defendants 3point14 Consultants, LLC,
16 Key Tech Software Solutions, LLC, Rares Stelea, and Justin Journay; and Receiver,
17 Peter S. Davis, have agreed to entry of this Stipulated Order expanding the
18 Receivership over Defendants 3Point14 Consultants, LLC, and Key Tech Software
19 Solutions, LLC.
20   **NOW THEREFORE**, Plaintiff, Defendants 3point14 Consultants, LLC, Key
21 Tech Software Solutions, LLC, Rares Stelea, and Justin Journay; and Receiver,
22 Peter S. Davis, having requested the Court to enter this Stipulated Order, and the
23 Court having considered the agreement reached between the parties to this request,
24   **IT IS HEREBY ORDERED** that the Receivership established by the
25 Temporary Restraining Order entered in this matter on October 22, 2012, and
26 continued by the Preliminary Injunction entered in this matter on March 12, 2013, is
27 expanded to include Defendants 3Point14 Consultants, LLC, and Key Tech
28

Software Solutions, LLC, as Receivership Defendants.  Peter S. Davis is appointed as receiver for the business activities and over all the assets of 3Point14 Consultants, LLC, also d/b/a the Elite Planning Group, and Key Tech Software Solutions, LLC, also d/b/a Key One Solutions, including but not limited to or derived from the following:

1. Global Payments Merchant Acct. No. 0008788360025051 for 3Point14 Consultants, LLC, also d/b/a the Elite Planning Group; or
2. Global Payments Merchant Acct. No. 000878836029704.

All of the receivership provisions of the Preliminary Injunction are incorporated by reference in this Stipulated Order.

Dated this 25th day of March, 2013.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge