DAVID C. SHONKA
Acting General Counsel
ROBERT J. SCHROEDER
Regional Director
ELEANOR DURHAM, Maryland Bar
LAURA M. SOLIS, WA State Bar No. 36005
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
Telephone: (206) 220-6350
Facsimile:  (206) 220-6366
edurham@ftc.gov
lsolis@ftc.gov

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>vs.<br><br>ELH Consulting, LLC, *et al*.,<br><br>Defendants. | CV-12-2246-PHX-FJM<br><br>**STIPULATED MOTION TO ENTER ORDER MODIFYING THE RECEIVERSHIP TO INCLUDE CERTAIN PERSONAL ASSETS OF DEFENDANTS EMORY L. HOLLEY IV a/k/a JACK HOLLEY and LISA MILLER** |

Plaintiff the Federal Trade Commission ("FTC"); defendants Emory L. Holley IV a/k/a Jack Holley and Lisa Miller ("Stipulating Defendants"); and Peter S. Davis ("Receiver"), jointly move this Court to enter a Stipulated Order Modifying the Receivership to Include Certain Personal Assets of Emory Holley and Lisa Miller ("Stipulated Order"). A proposed Stipulated Order is filed herewith.

On October 22, 2012, the FTC filed its Complaint alleging violations of Section 5 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 45 and the Telemarketing Sales Rule ("TSR"), 16 C.F.R. Part 310, against ELH Consulting, LLC, also d/b/a Proactive Planning Solutions; Purchase Power Solutions, LLC; Allied Corporate Connection, LLC; Complete Financial

Strategies, LLC; 3Point14 Consultants, LLC, also d/b/a the Elite Planning Group; Key Tech Software Solutions, LLC, also d/b/a Key One Solutions; Emory L. Holley IV a/k/a/ Jack Holley; Lisa Miller; Rares Stelea; and Justin Journay ("Defendants").

The FTC also sought an *ex parte* Temporary Restraining Order ("TRO") with asset freeze over the Defendants, and appointment of a receiver over ELH Consulting, LLC, also d/b/a Proactive Planning Solutions; Purchase Power Solutions, LLC; Allied Corporate Connection, LLC; and Complete Financial Strategies, LLC  ("Receivership Defendants").  The Court granted the requested relief on October 22, 2012, appointing Peter S. Davis as Receiver for the Receivership Defendants.  The appointment of Peter S. Davis as Receiver over the Receivership Defendants was continued in the Preliminary Injunction entered March 12, 2013.

Stipulating Defendants and the FTC have agreed that all assets, including all real and personal property titled in the name of or beneficially owned or controlled by the Stipulating Defendants, including all real and personal property titled in the name of Forced Performance, LLC, and Fastline, LLC, and stock and mutual fund accounts in the names of Taylor Holley and Devin Holley, are property of the Receivership estate and will be liquidated by the Receiver, *provided that*, the Receivership estate will not include: (1) the real property and improvements located at 1985 N. El Dorado Ct., Chandler, AZ 85224 ("El Dorado property"); (2) the real property and improvements located at 2708 W. Palomino Dr., Chandler, AZ 85224 ("Palomino property"), which property has been referred to foreclosure and will be sold at auction, *provided that*, any excess proceeds from the sale of the Palomino property will be included in the Receivership; (3) the 2013 Scion, the 2013 Honda Odyssey, and the 2013 Suzuki Grsx 1000 owned by Lisa Miller, *provided that*, these vehicles

are to be disposed of within thirty (30) days from the date of entry of the Order Modifying the Receivership and any proceeds from the sale of these vehicles is included in the Receivership estate; (4) the vehicles described in Attachment A to the proposed order modifying Receivership that comprise the inventory of Defendant Holley's auto repair business; (5) Stipulating Defendants' current income; and (6) the contents of the Palomino property.  These assets, set forth above, shall be the only assets of the Stipulating Defendants that shall be excluded from the Receivership estate.

The FTC, the Stipulating Defendants, and the Receiver respectfully request that this Court enter the proposed Stipulated Order modifying the receivership as set forth above.

Submitted By:


/s/ Eleanor Durham                    Date: August 20, 2013
ELEANOR DURHAM
LAURA M. SOLIS
Attorneys for Plaintiff



/s/ David G. Bray                    Date:  August 20, 2013
DAVID G. BRAY
Dickinson Wright Mariscal Weeks
Attorneys for Defendants



/s/ Ryan W. Anderson                    Date: August 20, 2013
RYAN W. ANDERSON
Guttilla Murphy Anderson P.C.
Attorneys for Receiver

1  DAVID C. SHONKA
   Acting General Counsel
2  ROBERT J. SCHROEDER
   Regional Director
3  ELEANOR DURHAM, Maryland Bar
   LAURA M. SOLIS, WA State Bar No. 36005
4  Federal Trade Commission
   915 Second Ave., Suite 2896
5  Seattle, WA 98174
   Telephone: (206) 220-6350
6  Facsimile:  (206) 220-6366
   edurham@ftc.gov
7  lsolis@ftc.gov

8  Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| Federal Trade Commission, | CV-12-2246-PHX-FJM |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| ELH Consulting, LLC, *et al.*, | |
| Defendants. | |

17  I certify that on August 20, 2013, I electronically transmitted the parties Stipulated Motion to Modify Receivership to Include Certain Assets of Emory L. Holley IV a/k/a Jack Holley and Lisa Miller and Proposed Order To Modify Receivership using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECG registrants.

/s/ Eleanor Durham
ELEANOR DURHAM

Certificate of Service