IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | No. CV-12-02246-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| ELH Consulting, LLC, et al., | |
| Defendants. | |

The Receiver's Petition No. 8 for Order Approving Fees and Costs Incurred by the Receiver and Guttilla Murphy Anderson, P.C., having been filed with the Court and all parties entitled to notice having been notified by service of the Petition in accordance with this Court's Order Re: Petition No. 2, and it appearing to the Court that the fees and expenses are reasonable and appropriate, and there being no opposition,

IT IS ORDERED approving the fees and expenses requested in the Receiver's Petition No. 8 (doc. 128).

IT IS FURTHER ORDERED that the Receiver is authorized to pay from the Receivership Assets:

1. The amount of $7,917.02 to Simon Consulting, LLC, for services rendered and costs incurred or paid during the period July 1, 2013 through September 30, 2013; and

2. The amount of $6,340.38 to Guttilla Murphy Anderson, P.C., for services

1  rendered and costs incurred or paid during the period July 1, 2013 through September 30,
2  2013.
3     DATED this 20th day of November, 2013.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge